STEPHENSON MANUFACTURING COMPANY, Respondent, v. ISAAC HOTALING and CLIFFORD HOTALING, Appellants, and Another.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THOMAS F. FAHEY, Respondent, v. THOMAS P. B. KENNEDY and Another, Copartners, Doing Business under the Firm Name and Style of KENNEDY BROS., and Also under the Name of KENNEDY GARAGE, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MARGUERITE CROWLEY, Respondent, v. VAN NESS D. ROBINSON, as President of the Co-Operative Fire Underwriters' Association of New York State, and HOWARD PANGBURN, Appellants.— Judgment and order affirmed, with costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents and votes to reverse and for a new trial.

In the Matter of the Application of EDWARD J. LEWIS and WARREN M. WATSON, Petitioners, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, and Others, Defendants. NEW YORK TELEPHONE COMPANY, Intervenor, Defendant.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of THE NIAGARA FALLS POWER COMPANY, Petitioner, for a Certiorari Order against THE WATER POWER AND CONTROL COMMISSION, Defendant. In the Matter of the Application of THE CITY OF NIAGARA FALLS, Petitioner, for a Certiorari Order against THE WATER POWER AND CONTROL COMMISSION, Defendant. — Application for leave to appeal to the Court of Appeals and for the certification of eight questions, denied with ten dollars costs; without prejudice to the renewal of the application for leave to appeal, and for the certification of questions which will be decisive of the issue involved. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

## FOURTH DEPARTMENT, MAY, 1933.

FREDERICK D. LUMPP, Appellant, v. SOPHIA C. LUMPP, Respondent.

PER CURIAM. We hold that the evidence presented a question of fact which should have been passed upon by the jury as to whether the defendant committed adultery with Eugene J. Smith on the dates and at the places designated in each of the first two questions, and that the trial court erred in directing the jury to answer said questions in the negative. All concur. Judgment and order in so far as it relates to the first two questions reversed upon the law and the order otherwise affirmed, without costs, and a new trial granted upon the first two questions certified for submission to the jury.